JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY ROLANDO CERON GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a TEXAS CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-05967-AB (BFMx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 20, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1